STATE OF MISSOURI, Respondent, v. DINK ROSS, Appellant.

**Springfield Court of Appeals, April 1, 1912.**

CRIMINAL LAW: Appeal and Error. Where the defendant appealed from the judgment of conviction in a criminal action, but filed no bill of exceptions and there was no error in the record proper, the judgment will be affirmed.

Appeal from Dent Circuit Court.—*Hon. L. B. Woodside,* Judge.

AFFIRMED.

*Wm. P. Elmer* for appellant.

*L. T. McGee,* Prosecuting Attorney, for respondent.

COX, J.—From the record in this case it appears that defendant was tried in the circuit court of Dent county, August 26, 1911, upon a charge of illegally selling liquor, was convicted and a fine of $300 assessed

against him. An appeal was granted to this court and time given defendant to file bill of exceptions. No bill of exceptions was filed, however, and there is nothing before us except the record proper which we have examined and find it free from error. Judgment affirmed. All concur.